IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          No. 4:02CR00128 GH

MARY EDELMANN                                                                                DEFENDANT

## ORDER

On September 16th, the Court received the attached fax from defendant's husband regarding the government's reply.

As defendant is represented by counsel, the Court will provide, through this order, copies of this communication to all counsel to avoid the appearance of impropriety as a result of this ex parte communication.

IT IS SO ORDERED this 19th day of September, 2005.

_George Howard, Jr_
UNITED STATES DISTRICT JUDGE