## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                     No. 4:02CR00128 JLH
                                       [No. 4:07CV00334 JLH]
MARY EDELMANN

## JUDGMENT

In accordance with the separate Memorandum Opinion and Order filed this date, Edelmann's

motion, pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct sentence is hereby DENIED

in its entirety.

DATED this 6th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE