**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                      NO. 4:02CR00128 JLH

MARY K. EDELMANN

**ORDER**

Mary K. Edelmann has filed a motion for reduction in her term of imprisonment pursuant to U.S.S.G.§ 1B1.13 and 18 U.S.C. § 3582(c). The statute and the guideline provide that a court may not modify a term of imprisonment, once it has been imposed, except in one of three instances: (1) upon motion of the Director of the Bureau of Prisons for reasons stated in the statute; (2) to the extent expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure; or (3) when the sentencing range for the defendant's sentence has been lessened by the Sentencing Commission. Here, the Director of the Bureau of Prisons has not filed a motion for reduction in Edelmann's term of imprisonment, no statute expressly authorizes lessening Edelmann's sentence and no Rule 35 motion has been filed; and the Sentencing Commission has not lowered the sentencing range pursuant to which Edelmann was sentenced. Therefore, the Court has no authority to modify her term of imprisonment. The motion is therefore DENIED. Document #347.

IT IS SO ORDERED this 22nd day of May, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE