**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                       NO. 4:02CR00128 JLH

MARY K. EDELMANN                                                         DEFENDANT

## ORDER

On December 6, 2007, this Court entered an order denying Mary K. Edelmann's pro se motion, pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct her sentence. On January 18, 2008, the Court entered an order denying her motion for a certificate of appealability. She then filed a notice of appeal. On July 1, 2008, the United States Court of Appeals for the Eighth Circuit entered a final judgment denying the certificate of appealability and dismissing the appeal. On August 22, 2008, the mandate of the court of appeals was issued in accordance with that judgment.

On August 6, 2008, Edelmann filed a motion for reconsideration of the sentencing issues in her § 2255 motion. The motion for reconsideration was filed eight months after the order denying her § 2255 motion. The rules governing § 2255 proceedings do not provide for a motion for reconsideration. However, Rule 12 of the rules governing § 2255 proceedings states:

> The Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules.

Rule 59(e) of the Federal Rules of Civil Procedure provides, "A motion to alter or amend a judgment must be filed no later than 10 days after the entry of the judgment." The motion for reconsideration is DENIED as untimely. Document #353.

IT IS SO ORDERED this 3d day of September, 2008.

                                                */s/ J. Leon Holmes*
                                                J. LEON HOLMES
                                                UNITED STATES DISTRICT JUDGE