**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      NO. 4:02CR00128 JLH

MARY K. EDELMANN                                                                          DEFENDANT

**ORDER**

Mary K. Edelmann has filed a motion to set aside judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and Rule 12 of the rules governing 2255 motions. She contends that the Court failed to rule on issues pertaining to her arguments of prosecutorial misconduct and the knowing use of perjured testimony, the lack of jurisdiction to impose the sentence, the excessive fines clause, and improper restitution order.

On December 6, 2007, this Court entered an order denying Edelmann's pro se motion, pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct her sentence. The Court entered a 40-page memorandum opinion and order that definitively and finally ruled on all of Edelmann's contentions. On December 21, 2007, Edelmann filed a motion to reconsider as to one issue, which the Court denied. She then filed a supplemental motion to reconsider that one issue, and the Court denied that motion as well. She then filed a motion for certificate of appealability, which the Court denied. Thereafter, she filed a notice of appeal. Before the Eighth Circuit ruled on her application for a certificate of appealability, she filed a sealed motion for reduction of her sentence, which the Court denied. Then the Eighth Circuit denied her application for certificate of appealability and dismissed her appeal. She has since filed a pro se motion for reconsideration of sentencing issues, a pro se motion to appoint counsel, a pro se motion for reconsideration of the motion to vacate, set

aside, or correct her sentence, and a supplemental motion for new trial, all of which have been denied.

Now, Edelmann has filed yet another motion seeking reconsideration of the order entered on December 6, 2007, denying her § 2255 motion. She argues that the present motion is appropriate under Rule 60(b)(3) and (6) of the Federal Rules of Civil Procedure. The Court disagrees. This is simply another motion asking the Court to reconsider issues that were finally determined on December 6, 2007, and as to which she has already attempted to appeal and had her appeal dismissed by the Eighth Circuit. There is no basis under Rule 60(b) for reconsideration at this point. Edelmann's motion is DENIED. Document #361.

IT IS SO ORDERED this 7th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE