**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                            NO. 4:02CR00128 JLH

MARY K. EDELMANN                                                                                                   DEFENDANT

**ORDER**

Mary K. Edelmann has filed a motion to amend the judgment pursuant to Rule 36 of the Federal Rules of Criminal Procedure. She states in her motion that the judgment contains typographical errors regarding the statutes of conviction. The United States has responded and agrees that the judgment contains typographical errors regarding the statutes of conviction. Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the motion to amend is granted, and the judgment is corrected as follows. The judgment entered on July 20, 2005, stated in pertinent part:

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1342 | Mail Fraud, Class C Felonies | 03/01 | 1ss,2ss |
| 18 U.S.C. 1342 | Wire Fraud, Class C Felonies | 03/01 | 3ss,4ss |
| 18 U.S.C. 1957 | Illegal Monetary Transaction of Property, a Class C Felony | 03/01 | 5ss |

That portion of the judgment is corrected to state:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1341 & 2(b) | Mail Fraud, Class C Felonies | 03/01 | 1ss,2ss |
| 18 U.S.C. 1343 & 2(b) | Wire Fraud, Class C Felonies | 03/01 | 3ss,4ss |
| 18 U.S.C. 1957 | Illegal Monetary Transaction of Property, a Class C Felony | 03/01 | 5ss |

IT IS SO ORDERED this 15th day of December, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE